# FAX COVER SHEET

BRENDA CLARK  
Clerk & Master  
Franklin County Chancery Court  
360 Wilton Circle, Room 196  
Winchester, TN 37398

Phone: (931) 967-2843  
Fax: (931) 968-2425

| SEND TO | FROM Chancery Court |
|---|---|
| ATTENTION Charles | DATE 12-8-10 |
| OFFICE LOCATION | OFFICE LOCATION |
| FAX NUMBER 404-572-2199 | PHONE NUMBER 931-967-2843 |

☐ Urgent  
☐ Reply ASAP  
☐ Please Comment  
☐ Please Review  
☒ For your Information

Total pages, including cover: 7

COMMENTS  
RE: Pearl's Cafe vs. Lloyd's Underwriters  
Docket No. 19192

Total file you requested.

IN THE CHANCERY COURT OF FRANKLIN COUNTY, TENNESSEE

PEARL'S CAFE, LLC d/b/a )
PEARL'S CAFE, )
 )
    Plaintiff, )
 ) Docket No. 19192
v. )
 ) JURY DEMAND
UNDERWRITERS AT LLOYD'S, )
LONDON )
 )
    Defendant. )

FILED IN OFFICE
Oct 22, 2010
TIME 12:59 AM
BRENDA CLARK
CLERK & MASTER
FRANKLIN COUNTY TN

## COMPLAINT

Plaintiff sues the Defendant and for its cause of action alleges the following facts to-wit:

1. The Plaintiff was insured by a policy of insurance issued by the Defendant numbered TN1426 with an effective date of January 27, 2008, and expiration date of January 27, 2009. This business is located in Franklin County, Tennessee.

2. On or about the 30th day of October, 2008, a fire burned two of the four buildings insured which make up the business of the Plaintiff. Due to the fact that the two buildings burned, the Plaintiff was not able to reopen the business and suffered a severe loss of income and other losses which are covered under the business interruption policy, TN1426.

3. The Defendant has paid some amounts of the building damage and personal property damage but has refused to pay the entire business income and extra expense coverage loss. The policy provision calls for $300,000.00 business interruption and extra expense coverage. The Defendant has paid $20,460.63 on that loss but has failed and refused to pay the additional amounts of this coverage still owing in the amount of $279,539.37.

4. Failure to pay this coverage was in bad faith entitling the Plaintiff to penalties because of the extra expense caused by the Defendant's bad faith in accordance with T.C.A. § 56-7-105.

5. Failure to pay this coverage is a breach of the insurance contract as all claims are to be paid within seventy-two hours of the date of loss and almost two years has elapsed.

WHEREFORE, Plaintiff sues the Defendant for the sum of $279,539.37, plus interest, plus 25% penalties provided by T.C.A. § 56-7-105, plus attorneys fee and costs, and prays that they recover this and any other further and general relief as the equity and justice of this cause may require and demand a jury to try the issues when joined.

BERKE, BERKE & BERKE

By: _____
Marvin Berke  BPR#1740
Valerie W. Epstein  BPR #013785
Attorneys for Plaintiff
420 Frazier Avenue
Post Office Box 4747
Chattanooga, TN 37405
423/266-5171 - Telephone
423/265-5307 - Facsimile

IN THE CHANCERY COURT OF FRANKLIN COUNTY, TENNESSEE

PEARL'S CAFE, LLC d/b/a )
PEARL'S CAFE, )
)
    Plaintiff, )
) Docket No. 19193
v. )
) JURY DEMAND
UNDERWRITERS AT LLOYD'S, )
LONDON )
) FILED IN OFFICE
) Oct 29 2010
    Defendant. ) TIME 12:59 P M
BRENDA CLARK
CLERK & MASTER
FRANKLIN COUNTY TN

## COST BOND

I hereby acknowledge and bind myself for the prosecution of this action and payment of all non-discretionary costs in this Court, which may at any time be adjudged against the plaintiff in the event the plaintiff shall not pay them.

Witness My Hand this 29 day of October, 2010.

BERKE, BERKE & BERKE

By: _____
Marvin Berke BPR#1740
Valerie W. Epstein BPR #013785
Attorneys for Plaintiff
420 Frazier Avenue
Post Office Box 4747
Chattanooga, TN 37405
423/266-5171 – Telephone
423/265-5307 – Facsimile

(Surety on a bond for costs shall not be released from the obligation as surety until there is provision for a substitute surety.)

**FRANKLIN COUNTY CHANCERY COURT**
**360 WILTON CIRCLE, ROOM 196**
**WINCHESTER, TN 37398**

PHONE: (931) 967-2381  
CHANCELLOR JEFFREY F. STEWART

FAX: (931) 968-2425  
BRENDA CLARK, CLERK & MASTER

October 29, 2010

State of Tennessee  
Department of Commerce and Insurance  
500 James Robertson Parkway  
Nashville, TN 37243-1131

RE: _Pearl's Cafe LLC d/b/a Pearl's Cafe_  
Vs. _Underwriters at Lloyd's London_  
NO. _19192_ in the Chancery Court of Franklin County, Tennessee

Dear Sir:

Enclosed you will find the following in regard to the above-styled case:

1. Summons to be served on the defendant, _Underwriters at Lloyd's London_  
   whose address is _____

2. Certified copy of the Summons and a copy of the Complaint to be served on the Defendant.

3. Check of _Susan Wofford_ in the amount of $ _150.00_ for your fee.

Sincerely,

Brenda Clark (2B)  
Brenda Clark  
Clerk & Master

Enclosure

STATE OF TENNESSEE
Department of Commerce and Insurance
500 James Robertson Parkway
Nashville, TN 37243-1131
PH - 615.532.5260, FX - 615.532.2788
brenda.meade@tn.gov

November 10, 2010

Lloyd'S, Underwriters At London          Certified Mail
750 7Th Ave., Mendes & Mount, % G. Lock  Return Receipt Requested
New York, NY 10019                       7009 3410 0002 1723 8979
NAIC # 180019                            Cashier # 6200

Re:   Peal'S Cafe  V.  Lloyd'S, Underwriters At London

      Docket # 10192

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served November 8, 2010, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Brenda C. Meade                           Rec'd into Office
Designated Agent                          *November 19, 2010*
Service of Process                        Brenda C. ___
                                          Clerk and Master

Enclosures

cc: Chancery Court Clerk
    Franklin County
    360 Wilton Circle, Room 106
    Winchester, Tn 37398

# State of Tennessee
## IN THE CHANCERY COURT FOR FRANKLIN COUNTY

PEARL'S CAFE, LLC d/b/a )
PEARL'S CAFE, )
  )
    Plaintiff, )
  )  Docket No. 19193
v. )
  )  JURY DEMAND
UNDERWRITERS AT LLOYD'S, )
LONDON )
  )
    Defendant. )

## SUMMONS

*SERVE VIA TENNESSEE COMMISSIONER OF INSURANCE*

TO DEFENDANT:    UNDERWRITERS AT LLOYD'S LONDON
WHOSE ADDRESS IS:    c/o Tennessee Department of Commerce and Insurance
    Attn: Service of Process, 500 James Robertson Parkway
    Nashville, Tennessee 37243-1131

You are summoned and required to Answer and make defense to a Complaint herewith served upon you. Your Answer to the Complaint must be filed and served upon plaintiff's attorney on or before thirty (30) days after service of this Summons and Complaint upon you, exclusive of the day of service. Your Answer must be filed in the OFFICE OF THE FRANKLIN COUNTY CLERK AND MASTER, 360 Wilton Circle, Room 196, Winchester, Tennessee 37398. You are also required to serve a copy of your Answer upon the plaintiff's attorney, or the *pro se* plaintiff as set out below. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

ISSUED & TESTED this 29th day of October, 2010.

                                      CLERK & MASTER

                                      By: _Tanya Bailey_
                                            DEPUTY CLERK

| | |
|---|---|
| Marvin Berke    1700 | **NOTICE TO DEFENDANT(S)** |
| Valerie W. Epstein    013785 | Tennessee Code Annotated § 26-2-103 provides a $4,000.00 personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk. The list may be filed at any time and may be changed by you thereafter as necessary; however unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you, would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. |
| Plaintiff's Attorney    BPR# | |
| Berke Berke & Berke | |
| 420 Frazier Avenue | |
| P.O. Box 4747 | |
| Chattanooga, Tennessee 37405 | |
| 423-266-5171 Telephone | |
| 423-265-5307 Facsimile | |

| | |
|---|---|
| PEARL'S CAFE, LLC d/b/a<br>PEARL'S CAFE,<br><br>      Plaintiff,<br><br>v.<br><br>UNDERWRITERS AT LLOYD'S,<br>LONDON,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    DOCKET NO.: 19192<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING NOTICE OF REMOVAL

COME NOW Defendants, those Certain Underwriters at Lloyd's, London, subscribing to Policy No. TN1426 (hereinafter "Defendants"), and hereby notifies this Court, and all other interested parties, that Defendants have filed a Notice of Removal in the United States District Court for the Eastern District of Tennessee, removing this action to said Court under 28 U.S.C. §§ 1332, 1441, and 1446. (*A true and correct copy of Defendants' Notice of Removal is attached hereto and incorporated herein.*)

This 8th day of December 2010.

Renee Levay Stewart
Tennessee Bar No. 018768
**NORTH, PURSELL, RAMOS & JAMESON, PLC**
414 Union Street
Bank of America Plaza, Suite 1850
Nashville, TN 37219
(615) 255-2555
(615) 255-0032 (fax)
rlstewart@nprjlaw.com

Nanette L. Wesley
(*Pro Hac Vice* being filed)
Tennessee Bar No. 19197

**COZEN O'CONNOR**
Suite 2200, SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3264
Telephone: 404-572-2000
Email: nwesley@cozen.com

Attorneys for Certain Underwriters at Lloyd's, London

## IN THE CHANCERY COURT
## FOR FRANKLIN COUNTY, TENNESSEE

| | |
|---|---|
| PEARL'S CAFE, LLC d/b/a<br>PEARL'S CAFE,<br><br>    Plaintiff,<br><br>v.<br><br>UNDERWRITERS AT LLOYD'S,<br>LONDON,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **DOCKET NO.: 19192**<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in this action with a copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** by U.S. Mail Postage prepaid upon the following:

> Marvin Berke, Esq.
> Valerie W. Epstein, Esq.
> Berke, Berke & Berke
> 420 Frazier Avenue
> P.O. Box 4747
> Chattanooga, TN 37405

This 8th day of December 2010.

Renee Levay Stewart
Tennessee Bar No. 018768
**NORTH, PURSELL, RAMOS & JAMESON, PLC**
414 Union Street
Bank of America Plaza, Suite 1850
Nashville, TN 37219
(615) 255-2555
(615) 255-0032 (fax)
rlstewart@nprjlaw.com