UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| PEARL'S CAFE, LLC d/b/a ) | |
| PEARL'S CAFE, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO.: 4:10-cv-90 |
| CERTAIN UNDERWRITERS AT ) | |
| LLOYD'S, LONDON, ) | Judge Mattice |
| ) | |
| Defendants/Counter-Plaintiffs/ ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES BLAKE WOFFORD and ) | |
| SUSAN ABBOTT WOFFORD, ) | |
| ) | |
| Third-Party Defendants. ) | |

## JOINT STATUS REPORT PURSUANT TO THE COURT'S JULY 12, 2011 ORDER

Comes now Plaintiff Pearl's Café, LLC ("Pearl's), Defendants/Third-Party Plaintiffs Certain Underwriters at Lloyd's, London ("Underwriters"), and James Blake Wofford ("Mr. Wofford") and Susan Abbott Wofford ("Mrs. Wofford," collectively, the "Woffords"), and submit this their Joint Status Report Pursuant to the Court's July 12, 2011 Order:

Defense counsel spoke to counsel for the bankrupt individuals, James and Susan Wofford, on or about July 20, 2011, who are represented by Robert Peters, Esq. in Winchester, Tennessee. He agreed to lift the stay for service to the Wofford's individually.

Underwriters, thereafter, hired a private process server and, on July 28, 2011, personally served Mr. Wofford when he appeared for a bankruptcy hearing in the United States Bankruptcy Court, Eastern District of Tennessee, Winchester Division (the "Bankruptcy Court"). Though Ms. Wofford did not appear, Mr. Wofford accepted service for her. *See* Proofs of Service for J. Wofford and S. Wofford, dated August 1, 2011 [Doc. No. 20]. Also, at this hearing, the Woffords' bankruptcy counsel, Robert S. Peters, Esq., notified the court of his agreement to lift the stay for such service, the Order for which the Court entered on August 1, 2011. *See* Order, dated August 1, 2011, attached here as Exhibit "A."

The Woffords' Chapter 13 bankruptcy remains pending in the Bankruptcy Court. The Woffords' bankruptcy counsel, Mr. Peters, has further agreed to lift the stay so that Underwriters may now proceed with the above-captioned action against the Woffords, but such an Order has not yet been entered by the Bankruptcy Court. Underwriters' counsel, however, understands from Mr. Peters that such an Order is forthcoming and shall be provided to this Court.

Respectfully submitted this 19th day of September 2011.

    */s/ Nanette L. Wesley*
    Nanette L. Wesley
    Tennessee Bar No.: 19197
    **COZEN O'CONNOR**
    303 Peachtree Street NE
    2200 SunTrust Plaza
    Atlanta, Georgia 30308
    Tel.: (404) 572-2034
    Fax: (404) 581-5015
    Email:Nwesley@cozen.com

    */s/ Renee Levay Stewart*
    Renee Levay Stewart
    Tennessee Bar No.: 018768
    North, Pursell, Ramos & Jameson, PLC
    414 Union Street, Suite 1850
    Nashville, TN 37219
    Tel.: (615) 255-2555
    Fax: (615) 255-0032
    Email: rstewart@nprjlaw.com
    ***Attorneys for Certain Underwriters at Lloyd's, London***

    */s/ Valerie W. Epstein, Esq.*
    Marvin Berke, Esq.
    Valerie W. Epstein, Esq.
    Berke, Berke &Berke
    420 Frazier Avenue
    P.O. Box 4747
    Chattanooga, TN 37405
    ***Attorneys for Plaintiff's Pearl's Café, LLC and Third-Party Defendants James and Susan Wofford***

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## WINCHESTER DIVISION

| | |
|---|---|
| PEARL'S CAFE, LLC d/b/a ) | |
| PEARL'S CAFE, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO.: 4:10-cv-90 |
| CERTAIN UNDERWRITERS AT ) | |
| LLOYD'S, LONDON, ) | Judge Mattice |
| ) | |
| Defendants/Counter-Plaintiffs/ ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES BLAKE WOFFORD and ) | |
| SUSAN ABBOTT WOFFORD, ) | |
| ) | |
| Third-Party Defendants. ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel through the Electronic Filing System:

>Marvin Berke, Esq.
>Valerie W. Epstein, Esq.
>Berke, Berke &Berke
>420 Frazier Avenue
>P.O. Box 4747
>Chattanooga, TN  37405

4

This 19th day of September, 2011.

                                            s/ Renee Levay Stewart
                                            Renee Levay Stewart
Tennessee Bar No. 018768
**NORTH, PURSELL, RAMOS & JAMESON, PLC**
414 Union Street
Bank of America Plaza, Suite 1850
Nashville, TN 37219
(615) 255-2555
(615) 255-0032 (fax)
rlstewart@nprjlaw.com