# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| PEARL'S CAFE, LLC d/b/a ) | |
| PEARL'S CAFE, ) | |
| ) | |
|     Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO.: 4:10-cv-90 |
| CERTAIN UNDERWRITERS AT ) | |
| LLOYD'S, LONDON, ) | Judge Mattice |
| ) | |
|     Defendants/Counter-Plaintiffs/ ) | |
|     Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES BLAKE WOFFORD and ) | |
| SUSAN ABBOTT WOFFORD, ) | |
| ) | |
|     Third-Party Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
### (Fed. R. Civ. P. 41(a)(1)(A)(ii))

The parties, Pearl's Café, LLC d/b/a Pearl's Café, James Blake Wofford, Susan Abbott Wofford, and Certain Underwriters at Lloyds, London, who subscribe to any of the Policies at issue, including Policy No. TN1426, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action and all claims thereof, with prejudice, including the Plaintiff's Complaint and all

Counterclaims and Third-Party Complaints filed by Certain Underwriters at Lloyd's, London, with prejudice.

This 12th day of April 2012.

/s/ Marvin B. Berke
Marvin B. Berke
Tennessee Bar No. 1740
Megan C. England
Tennessee Bar No. 23617
**Berke, Berke & Berke**
420 Frazier Avenue
Post Office Box 4747
Chattanooga, TN 37405
(423) 266-5171
(423) 265-5307 (fax)
marvin@berkeattys.com
megan@berkeattys.com

Counsel for Plaintiff/Counter-Defendant Pearl's Café, LLC d/b/a Pearl's Café and Third-Party Defendants James Blake Wofford and Susan Abbott Wofford

/s/ Nanette L. Wesley
Nanette L. Wesley
*Admitted pro hac vice*
Tennessee Bar No. 19197
nwesley@cozen.com
**COZEN O'CONNOR**
303 Peachtree Street NE, Suite 2200
Atlanta, Georgia 30308
(404) 572-2000
(404) 581-5015 (fax)

AND

/s/ Renee Levay Stewart
Renee Levay Stewart
Tennessee Bar No. 018768
**NORTH, PURSELL, RAMOS & JAMESON, PLC**
414 Union Street
Bank of America Plaza, Suite 1850
Nashville, TN 37219
(615) 255-2555
(615) 255-0032 (fax)
rlstewart@nprjlaw.com

*Attorneys for Certain Underwriters at Lloyd's, London*

## CERTIFICATE OF SERVICE

Pursuant to the provisions of the Federal Rules of Civil Procedure, I certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the Eastern District of Tennessee using the CM/ECF system on April 12, 2012. The CM/ECF system will automatically send an e-mail notification of such filing to all attorneys of record.

/s/ Marvin B. Berke
Marvin B. Berke (TN Bar No. 1740)
Megan C. England (TN Bar No. 23617)